UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 14-24149- SCOLA/Otazo-Reyes

JOHN KADYLAK,

    Plaintiff,

v.

ENTERTAINMENT & TRAVEL ALTERNATIVES,
INC., and SERGEY DENISOV,

    Defendants.
_____/

## VERDICT FORM

We, the jury, return the following verdict:

### DAMAGES

1. Please state the amount of John Kadylak's damages:

    a. Total amount of John Kadylak's damages for medical expenses to be incurred in the future?

    $ __N/A__

    b. Total amount of John Kadylak's damages for pain and suffering, disability, mental anguish, inconvenience, aggravation of a disease or physical defect and loss of capacity for enjoyment of life sustained in the past?

    $ __300,000.00__

    c. Total amount of John Kadylak's damages for pain and suffering, disability, mental anguish, inconvenience, aggravation of a disease or physical defect and loss of capacity for enjoyment of life to be sustained in the future?

    $ __1,000,000.00__

TOTAL DAMAGES OF JOHN KADYLAK (add lines "a" & "b" & "c")

$ __1,300,000.00__

SO SAY WE ALL, this __10th__ day of July, 2017

__[signature]__
FOREPERSON