UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 14-24149- SCOLA/Otazo-Reyes

JOHN KADYLAK,

    Plaintiff,

v.

ENTERTAINMENT & TRAVEL ALTERNATIVES,
INC., and SERGEY DENISOV,

    Defendants.
_____/

## FINAL JUDGMENT ON UNLIQUIDATED DAMAGES

Pursuant to the Jury Trial held on July 10, 2017 in this matter on non-economic damages, final judgment is hereby entered in favor of Plaintiff John Kadylak and against Defendants, Entertainment & Travel Alternatives, Inc. and Sergey Denysov, jointly and severally in the amount of One Million Three Hundred Thousand Dollars ($1,300,000.00), which shall bear interest at the applicable legal rate, for which sum let execution issue forthwith.

ORDERED in Miami-Dade County, Florida on July 12, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

**Copies furnished to:**

David H. Pollack, Esq.
david@davidpollacklaw.com
2600 S. Douglas Road Suite 1007
Coral Gables, FL 33134
Counsel for Plaintiff

Entertainment and Travel Alternatives, Inc.
c/o Steve Wallach
505 Jocelyn Hollow Court
Nashville, TN 37205
eta@mindspring.com

Sergey Denysov
Obilnaya 46-A str.
65049
Odessa,
Ukraine
SergiyDenysov@gmail.com